UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:20-CR-00321 EMC-4 |
| Plaintiff, | ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | |
| JOSHUA CLARK, | |
| Defendant. | |

Pursuant to the consent and stipulation of counsel for the United States and counsel for Defendant, Joshua Clark, and for good cause shown,

IT IS ORDERED THAT the hearing previously scheduled for March 23, 2022, is continued to May 11, 2022, at 2:30 p.m. It is further

IT IS ORDERED THAT time under the Speedy Trial Act is excluded from March 23, 2022, until May 11, 2022, pursuant to 18 U.S.C. §§ 3161(c)(1), (h)(7)(A) and (B)(iv), for continuity of counsel and for effective preparation of counsel, taking into account the exercise of due diligence.

IT IS SO ORDERED.

Dated: April 22, 2022

THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

MOTION TO CONTINUE AND
STIPULATION TO EXCLUDE TIME (20-CR-321-4)

3