AO 442 (Rev. 11/11) Arrest Warrant

SEALED BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| United States of America<br>v.<br>Joshua Clark<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   CR20-321EMC<br>FID 11158204 |

FILED
MAY 17 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Rec. 08-12-2020 @ 10:04 AM

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Joshua Clark

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 286 - Conspiracy to Defraud the United States;
18 U.S.C. §§ 287 and 2 - False Claims;
18 U.S.C. §§ 1343 and 2 –Wire Fraud;
18 U.S.C. §§ 1956(a)(2)(A) and 2 – Laundering Monetary Instruments;
18 U.S.C. §§ 1957 and 2 – Money Laundering; and
18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c) – Criminal Forfeiture

Date:   August 11, 2020

*Issuing officer's signature*

City and state:    San Francisco, California

Thomas S. Hixson, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8-12-20, and the person was arrested on *(date)* 8-25-20
at *(city and state)* SAN FRANCISCO, CA

Date:   5-12-22

*Arresting officer's signature*

SDUSM I. PERIC (ON BEHALF OF HSI)
*Printed name and title*