UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** August 24, 2022 | **Time:** 2:46-2:54  8 Minutes | **Judge:** EDWARD M. CHEN |

**Case No.**: 20-cr-00321-EMC-1,3    **Case Name:**  United States v. Behm; United States v. Clark

**Attorney for Government:** Colin Sampson
**Attorneys for Defendant:** Tamera Crepet and Drew Findling
**Defendants:** [ X] Present   [ ] Not Present
**Defendants Custodial Status:** [ ] In Custody  [X ] Not in Custody

**Deputy Clerk:** Vicky Ayala            **Court Reporter:**  Belle Ball

### PROCEEDINGS

Status Conference.

### SUMMARY

Parties stated appearances.  Parties agreed to appear via Zoom given public health risk.

Trial is scheduled for 2/27/2023.  Parties stated trial should last two weeks.  Both defense counsel does not anticipate any further motions other than pretrial motions.  If additional motions are needed; they will contact the Court right away.

Government indicated currently there is not much to update the Court on; it will send out a draft exhibit list soon.  Both defense counsel advised they have been in discussions with the government regarding outstanding discovery which have been going well.

Court granted exclusion of time from today through 2/27/2023.

 CASE CONTINUED TO:  **11/16/2022, at 2:30 PM for a status conference.**