UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DALE BEHM,<br><br>　　　　Defendants. | Case No. 20-cr-00321-EMC-1<br><br>**VERDICT FORM** |

**COUNT ONE: 18 U.S.C. § 286 (Conspiracy to Defraud by Filing False Claims)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DALE BEHM | _____ | ✓ |
| JOSHUA CLARK | _____ | ✓ |

of Conspiracy to Defraud U.S Border and Customs Protection with Respect to Claims, in violation of 18 U.S.C. § 286.

**COUNT TWO: 18 U.S.C. §§ 287 and 2 (False, Fictitious, or Fraudulent Claims)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DALE BEHM | _____ | ✓ |
| JOSHUA CLARK | _____ | ✓ |

of False, Fictitious, or Fraudulent Claims in violation of 18 U.S.C. §§ 287 and 2, specifically, a November 2, 2015, drawback claim in the amount of $655,850.13, Claim No. APN/11502704.

**COUNT THREE: 18 U.S.C. §§ 287 and 2 (False, Fictitious, or Fraudulent Claims)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DALE BEHM | | ✓ |
| JOSHUA CLARK | | ✓ |

of False, Fictitious, or Fraudulent Claims in violation of 18 U.S.C. §§ 287 and 2, specifically, an April 13, 2016, drawback claim in the amount of $349,031.41, Claim No. APN/11603106.

**COUNT FOUR: 18 U.S.C. §§ 287 and 2 (False, Fictitious, or Fraudulent Claims)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DALE BEHM | | ✓ |
| JOSHUA CLARK | | ✓ |

of False, Fictitious, or Fraudulent Claims in violation of 18 U.S.C. §§ 287 and 2, specifically, an April 29, 2016, drawback claim in the amount of $216,340.73, Claim No. APN/11603155.

**COUNT FIVE: 18 U.S.C. §§ 287 and 2 (False, Fictitious, or Fraudulent Claims)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DALE BEHM | | ✓ |
| JOSHUA CLARK | | ✓ |

of False, Fictitious, or Fraudulent Claims in violation of 18 U.S.C. §§ 287 and 2, specifically, a June 3, 2016, drawback claim in the amount of $330,776.23, Claim No. APN/31603247.

///

///

///

///

**COUNT EIGHT: 18 U.S.C. §§ 287 and 2 (False, Fictitious, or Fraudulent Claims)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DALE BEHM | | ✓ |
| JOSHUA CLARK | | ✓ |

of False, Fictitious, or Fraudulent Claims in violation of 18 U.S.C. §§ 287 and 2, specifically, an October 18, 2016, drawback claim in the amount of $385,038.78, Claim No. APN/31620858.

**COUNT NINE: 18 U.S.C. §§ 287 and 2 (False, Fictitious, or Fraudulent Claims)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DALE BEHM | | ✓ |
| JOSHUA CLARK | | ✓ |

of False, Fictitious, or Fraudulent Claims in violation of 18 U.S.C. §§ 287 and 2, specifically, a December 5, 2016, drawback claim in the amount of $156,059.30, Claim No. APN/31620916.

**COUNT ELEVEN: 18 U.S.C. §§ 287 and 2 (False, Fictitious, or Fraudulent Claims)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DALE BEHM | | ✓ |
| JOSHUA CLARK | | ✓ |

of False, Fictitious, or Fraudulent Claims in violation of 18 U.S.C. §§ 287 and 2, specifically, a January 20, 2017, drawback claim in the amount of $55,664.80, Claim No. APN/31721110.

///
///
///
///
///

**COUNT THIRTEEN: 18 U.S.C. §§ 287 and 2 (False, Fictitious, or Fraudulent Claims)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DALE BEHM | | ✓ |
| JOSHUA CLARK | | ✓ |

of False, Fictitious, or Fraudulent Claims in violation of 18 U.S.C. §§ 287 and 2, specifically, a May 10, 2017, drawback claim in the amount of $243,408.49, Claim No. APN/31721441.

**COUNT FOURTEEN: 18 U.S.C. §§ 287 and 2 (False, Fictitious, or Fraudulent Claims)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DALE BEHM | | ✓ |
| JOSHUA CLARK | | ✓ |

of False, Fictitious, or Fraudulent Claims in violation of 18 U.S.C. §§ 287 and 2, specifically, a July 7, 2017, drawback claim in the amount of $192,877.88, Claim No. APN/31721524.

**COUNT FIFTEEN: 18 U.S.C. §§ 287 and 2 (False, Fictitious, or Fraudulent Claims)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DALE BEHM | | ✓ |
| JOSHUA CLARK | | ✓ |

of False, Fictitious, or Fraudulent Claims in violation of 18 U.S.C. §§ 287 and 2, specifically, a June 16, 2017, drawback claim in the amount of $226,194.59, Claim No. APN/31721565.

///

///

///

**COUNT SIXTEEN: 18 U.S.C. §§ 287 and 2 (False, Fictitious, or Fraudulent Claims)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DALE BEHM | | ✓ |
| JOSHUA CLARK | | ✓ |

of False, Fictitious, or Fraudulent Claims in violation of 18 U.S.C. §§ 287 and 2, specifically, a July 6, 2017, drawback claim in the amount of $93,016.62, Claim No. APN/31721573.

**COUNT SEVENTEEN: 18 U.S.C. §§ 1343 and 2 (Wire Fraud)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DALE BEHM | | ✓ |
| JOSHUA CLARK | | ✓ |

of Wire Fraud in violation of 18 U.S.C. §§ 1343 and 2, specifically, an email dated August 19, 2015 between Behm and Stanka, subject "PRT-TPP drawback joint project."

**COUNT TWENTY-ONE: 18 U.S.C. §§ 1343 and 2 (Wire Fraud)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DALE BEHM | | ✓ |
| JOSHUA CLARK | | ✓ |

of Wire Fraud in violation of 18 U.S.C. §§ 1343 and 2, specifically, an email dated February 29, 2016 from Choy to Stanka, subject "BLs 2/29."

///

///

///

///

///

**COUNT TWENTY-TWO: 18 U.S.C. §§ 1343 and 2 (Wire Fraud)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DALE BEHM | _____ | ___✓___ |
| JOSHUA CLARK | _____ | ___✓___ |

of Wire Fraud in violation of 18 U.S.C. §§ 1343 and 2, specifically, an email dated March 2, 2016 from an employee of Pacific Rim to drawback claim preparer, Behm, and employee of TPP Export, subject "Engineering Resin FW: Drawback Documents."

**COUNT TWENTY-THREE: 18 U.S.C. §§ 1343 and 2 (Wire Fraud)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DALE BEHM | _____ | ___✓___ |
| JOSHUA CLARK | _____ | ___✓___ |

of Wire Fraud in violation of 18 U.S.C. §§ 1343 and 2, specifically, an email dated April 1, 2016 from an employee of TPP Export to Clark and an employee of Pacific Rim, subject "New claim docs."

**COUNT TWENTY-FOUR: 18 U.S.C. §§ 1343 and 2 (Wire Fraud)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DALE BEHM | _____ | ___✓___ |
| JOSHUA CLARK | _____ | ___✓___ |

of Wire Fraud in violation of 18 U.S.C. §§ 1343 and 2, specifically, an email dated April 1, 2016 from an employee of Pacific Rim to Behm, the drawback claim preparer, and an employee of TPP Export, subject "New Claim Docs – Engineering Resins."

///
///

**COUNT TWENTY-FIVE: 18 U.S.C. §§ 1343 and 2 (Wire Fraud)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DALE BEHM | _____ | ___✓___ |
| JOSHUA CLARK | _____ | ___✓___ |

of Wire Fraud in violation of 18 U.S.C. §§ 1343 and 2, specifically, an email dated June 14, 2016 between Choy and Clark, subject "Change BL."

**COUNT TWENTY-SIX: 18 U.S.C. §§ 1343 and 2 (Wire Fraud)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DALE BEHM | _____ | ___✓___ |
| JOSHUA CLARK | _____ | ___✓___ |

of Wire Fraud in violation of 18 U.S.C. §§ 1343 and 2, specifically, an email dated October 4, 2016 between Stanka, Clark, and Behm, subject "RE: Contract and Forecast."

**COUNT TWENTY-SEVEN: 18 U.S.C. §§ 1343 and 2 (Wire Fraud)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DALE BEHM | _____ | ___✓___ |
| JOSHUA CLARK | _____ | ___✓___ |

of Wire Fraud in violation of 18 U.S.C. §§ 1343 and 2, specifically, an email dated March 14, 2017 between Stanka, Clark, and Behm, subject "RE: ML Trading issue."

///
///
///
///
///

**COUNT TWENTY-EIGHT: 18 U.S.C. §§ 1343 and 2 (Wire Fraud)**

We, the jury, in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DALE BEHM | | ✓ |
| JOSHUA CLARK | | ✓ |

of Wire Fraud in violation of 18 U.S.C. §§ 1343 and 2, specifically, an email dated March 15, 2017 involving Stanka, Behm, and Liang, subject "RE: Korea Containers @ Port."

**COUNT THIRTY-FIVE: 18 U.S.C. §§ 1957 and 2 (Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity)**

We, the jury, in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| JOSHUA CLARK | | ✓ |

of Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity, specifically, a $90,000 funds transfer dated July 26, 2017.

**COUNT FORTY-ONE: 18 U.S.C. §§ 1956(a)(2)(A) and 2 (Laundering of Monetary Instruments)**

We, the jury, in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| JOSHUA CLARK | | ✓ |

of Laundering of Monetary Instruments, specifically, a $20,000 wire transfer dated July 10, 2018.

Dated: 11/01/2023

JURY ~~FORE~~PERSON